<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| JUAN R.,[1] individually and on behalf of all others similarly situated, | : : : | |
| Petitioner/Plaintiff, | : : | Civil Action No. 21-13117 (JMV) |
| v. | : : | **ORDER** |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, | : : : | |
| Respondents/Defendants. | : : | |

**VAZQUEZ, District Judge:**

This matter comes before the Court on the motion of Petitioner/Plaintiff (individually and on behalf of all others similarly situated) for a temporary restraining order ("TRO") prohibiting Defendants from transferring Petitioner/Plaintiff to a facility more than 100 miles from the Essex County Correctional Facility. D.E. 3. Respondents/Defendants filed opposition, D.E. 18, to which Petitioner/Plaintiff replied, D.E. 20. The Court then heard oral argument by teleconference on July 2, 2021 and issued a verbal Opinion on the record. For the reasons set forth on the record, and for good cause shown,

**IT IS** on this 2nd day of July 2021 hereby

---

[1] Petitioner is identified herein only by his first name and the first initial of his surname in order to address certain privacy concerns associated with § 2241 immigration cases. This manner of identification comports with recommendations made by the Judicial Conference of the United States' Committee on Court Administration and Case Management.

**ORDERED** that Petitioner/Plaintiff's motion for a TRO, D.E. 3, is DENIED.

_____
JOHN MICHAEL VAZQUEZ
United States District Judge